OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

**IN THE DISTRICT COURT IN AND FOR <u>CLEVELAND COUNTY</u>, OKLAHOMA**

| | |
|---|---|
| 1. ANDREAS KLOTZ,<br><br>  and<br><br>2. BRENDA KOEHLER, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>1. RNT PROFESSIONAL SERVICES, LLC,<br><br>2. TERESA RULE, an individual,<br><br>  Defendants. | No. CJ-2020-502<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 05/13/2020<br><br>Judge: Walkley, Lori |

## PARTIES

Klotz, Andreas, Plaintiff
Koehler, Brenda, Plaintiff
RNT Professional Services LLC, Defendant
Rule, Teresa, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| HAMMONS, MARK (Bar #3784)<br>HAMMONS, GOWENS & HURST<br>325 DEAN A. MCGEE AVE<br>OKLAHOMA CITY, OK 73102 | Klotz, Andreas<br>Koehler, Brenda |
| HURST, AMBER L (Bar #21231)<br>HAMMONS, GOWENS & HURST<br>325 DEAN A. MCGEE AVE<br>OKLAHOMA CITY, OK 73102 | Klotz, Andreas<br>Koehler, Brenda |

EXHIBIT 7

| Attorney | Represented Parties |
|---|---|
| Roberts, Brandon D (Bar #34012)<br>325 DEAN A MCGEE AVE<br>OKLAHOMA CITY, OK 73102 | Klotz, Andreas<br>Koehler, Brenda |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By:
Filed Date: 05/13/2020

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-13-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 05-13-2020 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 05-13-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 05-13-2020 | PFE1 | PETITION<br>Document Available (#1046482443) 📄TIFF  📕PDF | | | $ 163.00 |
| 05-13-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 05-13-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 05-13-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 05-13-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 05-13-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 05-13-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 05-13-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 05-13-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05-13-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 05-13-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 05-13-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 05-13-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 05-13-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 05-13-2020 | LTF | LENGTHY TRIAL FUND | $ 10.00 |
| 05-13-2020 | SMF | SUMMONS FEE (CLERKS FEE) 2X2 DEFS | $ 20.00 |
| 05-13-2020 | EAA | ENTRY OF APPEARANCE / MARK HAMMONS<br>Document Available (#1046482447) TIFF PDF | |
| 05-13-2020 | EAA | ENTRY OF APPEARANCE / AMBER L. HURST<br>Document Available (#1046482451) TIFF PDF | |
| 05-13-2020 | EAA | ENTRY OF APPEARANCE / BRANDON D. ROBERTS<br>Document Available (#1046482455) TIFF PDF | |
| 05-13-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE WALKLEY, LORI TO THIS CASE. | |
| 05-13-2020 | ACCOUNT | RECEIPT # 2020-1131499 ON 05/13/2020.<br>PAYOR: HAMMONS AND ASSOCIATES, INC. TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2020-502: $183.00 ON AC01 CLERK FEES.<br>CJ-2020-502: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-502: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-502: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-502: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-502: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-502: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-502: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-502: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-502: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-502: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2020-502: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-26-2020 | SMS | SUMMONS RETURNED, SERVED: / TERESA RULE / PPS / SERVICE ON 06-12-20<br>Document Available at Court Clerk's Office | | | |
| 06-26-2020 | SMS | SUMMONS RETURNED, SERVED: RNT PROFESSIONAL SERVICE LLC / PPS / SUBSTITUTE SERVICE TO TERESA RULE AGENT / SERVICE ON 06-12-20<br>Document Available at Court Clerk's Office | | | / |