### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ANDREAS KLOTZ, ) | |
| ) | |
| and ) | |
| ) | |
| 2. BRENDA KOEHLER, on behalf of ) themselves and others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-2020-624-G |
| ) | |
| 1. RNT PROFESSIONAL SERVICES, ) LLC, and ) | |
| ) | |
| 2. TERESA RULE, an individual, ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 29th DAY OF APRIL 2021.**

| | |
|---|---|
| s/ Amber L. Hurst | s/ Lindsay A. Kistler |
| Mark Hammons, OBA #3784 | (*signed by filing counsel with permission*) |
| Amber L. Hurst, OBA # 21231 | Elaine R. Turner, OBA #13082 |
| HAMMONS, HURST & ASSOCIATES | Lindsay A. Kistler, OBA #32814 |
| 325 Dean A. McGee Avenue | HALL, ESTILL, HARDWICK, |
| Oklahoma City, Oklahoma 73102 | GABLE, GOLDEN & NELSON, P.C. |
| Telephone: (405) 235-6100 | 100 N. Broadway Ave. Suite 2900 |
| Facsimile: (405) 235-6111 | Oklahoma City, OK 73102-8865 |
| amber@hammonslaw.com | Telephone: (405) 553-2828 |
| *Counsel for Plaintiff* | Facsimile: (405) 553-2855 |
| | eturner@hallestill.com |
| | lkistler@hallestill.com |
| | *Attorneys for Defendants* |